■ PEGGY W. SAVLOV, Respondent, v. EDWIN D. SAVLOV, Appellant.— Judgment unanimously affirmed, without costs. (See *Holahan* v. *Holahan,* 298 N. Y. 798; *King* v. *Schultz,* 36 A D 2d 810, affd. 29 N Y 2d 718.) (Appeal from judgment of Monroe Trial Term, in action on separation agreement.) Present — Del Vecchio, J. P., Marsh, Moule, Cardamone and Henry, JJ.